UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA SALGUERO, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:25-cv-02139 |
| v. | Hon. Manish S. Shah |
| MONDELĒZ INTERNATIONAL, INC. | |
| Defendant. | |

## MONDELĒZ INTERNATIONAL, INC.'S MOTION TO DISMISS THE COMPLAINT

Defendant Mondelēz International, Inc. ("MDLZ"), through the undersigned counsel and pursuant to Fed. R. Civ Pro. 12(b)(1) and 12(b)(6), respectfully moves to dismiss Plaintiff Cynthia Salguero's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. In support of its motion, MDLZ submits and incorporates by reference the accompanying memorandum.

For the reasons set forth in MDLZ's Memorandum in Support of Motion to Dismiss, MDLZ respectfully requests that this Court dismiss the Complaint with prejudice.

Dated: April 28, 2025

/s/ Jason Stiehl
Jason Stiehl
CROWELL & MORING LLP
455 N Cityfront Plaza Dr.
Suite 3600
Chicago IL 60611
Tel: (312) 840-3108
jstiehl@crowell.com

*Attorneys for Mondelēz International Inc.*

2

**CERTIFICATE OF SERVICE**

  I, the undersigned attorney, hereby certify that on April 28, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Illinois via the Court's CM/ECF system.

*/s/ Jason Stiehl*
